IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| SHAILA GABRIELLA VALLADARES MATA and JONATHAN ABRAHAM VALLADARES MATA <br><br> *Petitioners,* <br><br> VS. <br><br> KRISTI NOEM, Secretary of Homeland Security and PAM BONDI, Attorney General of the United States <br><br> *Respondents.* | § § § § § § § § § § § § § § | CIVIL ACTION NO. 9:26-CV-00193 <br> JUDGE MICHAEL J. TRUNCALE |

## ORDER REGARDING ADMISSION

On February 23, 2026, Petitioners filed their Petition for Writ of Habeas Corpus in the Southern District of Texas, Houston Division. [Dkt. 1]. On March 11, 2026, this matter was transferred to the Eastern District of Texas, Lufkin Division. [Dkt. 11]. At the time of transfer, counsel for Petitioners, Linda Vega, and counsel for Respondents, Lisa Luz Parker, were not admitted to practice in the Eastern District of Texas. On March 11, 2026, the Clerk contacted both counsel with instructions on admission requirements for the Eastern District of Texas.

Accordingly, it is **ORDERED** that Linda Vega and Lisa Luz Parker take the necessary steps to appear on behalf of the Petitioners and Respondents either by becoming admitted to practice in the Eastern District of Texas or by appearing Pro Hac Vice in this matter on or before **March 31, 2026**. Failure to do so will result in this matter being set for a Status Conference before the Court.

The Clerk is **INSTRUCTED** to forward a copy of this Order to Ms. Vega and Ms. Parker via Email as follows:

    lgvegalaw@sbcglobal.net
    lisa.luz.parker@usdog.gov

**SIGNED this 12th day of March, 2026.**

*/s/ Michael J. Truncale*
Michael J. Truncale
United States District Judge